# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Demian Oksenendler, individually and on behalf of all others,<br><br>Plaintiff,<br><br>vs.<br><br>NorthStar Education Finance, Inc., d/b/a Total Higher Education,<br><br>Defendant. | Case No. 20-cv-00805-DWF-ECW<br><br>**DEFENDANT'S MOTION TO DISMISS** |

Defendant hereby moves the Court under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff's Complaint. Defendant relies upon all of the files, records, and proceedings herein, as well as memoranda of law and supporting documents to be filed hereafter.

| | |
|---|---|
| Dated: May 15, 2020 | /s/ Sharon R. Markowitz<br>Todd A. Noteboom (#0240047)<br>Peter J. Schwingler (#0388909)<br>Sharon R. Markowitz (#0392043)<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br>todd.noteboom@stinson.com<br>peter.schwingler@stinson.com<br>sharon.markowitz@stinson.com<br><br>**ATTORNEYS FOR DEFENDANT** |