UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Demian Oksenendler, individually and on behalf of all others similarly situated, | Civil No. 20-805 (DWF/ECW) |
| Plaintiff, | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Northstar Education Finance, Inc. d/b/a Total Higher Education, | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal filed by Plaintiff on July 7, 2020, (Doc. No. [33]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 16, 2020         s/Donovan W. Frank
                             DONOVAN W. FRANK
                             United States District Judge